DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**FRAN MARCONE,**
Appellant,

v.

**TOWN OF PALM BEACH,** a Florida Municipal Corporation,
Appellee.

No. 4D22-1575

[April 20, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Gerard Harper, Judge; L.T. Case No. 502020CA008002XXXMB.

Patrick J. Tighe of X1Law, P.A., North Palm Beach, for appellant.

Lyman H. Reynolds, Jr., Andrea G. Amigo and Katherine E. Herald of Roberts Reynolds Bedard & Tuzzio, PLLC, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***